**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raoul LEE, | ) No. CIV 06-1589-PHX-SMM |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| ATLAS VAN LINES, et al., | ) |
| Defendants. | ) |

Having considered the request of Defendants to allow its party representative to appear telephonically at the Rule 16 Preliminary Pretrial Conference on May 9, 2007, at 4:00 p.m. before this Court [Dkt.19], and for good cause shown,

**IT IS ORDERED** that Defendants' out-of-state party representative may appear telephonically at the May 9th Rule 16 Conference. Defendants' representative shall call the Court on a clear landline at 3:55 p.m. Mountain Standard Time at 602-322-7555.

DATED this 7th day of March, 2007.

Stephen M. McNamee
United States District Judge