1   **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9   Raoul LEE,                        )    No. CIV 06-1589-PHX-SMM
                                      )
10                Plaintiff,          )    **ORDER**
                                      )
11  vs.                               )
                                      )
12                                    )
    ATLAS VAN LINES, et al.,          )
13                                    )
                  Defendants.         )
14                                    )
                                      )
    _____)
15

16  At the Scheduling Conference held on May 24, 2007, the parties were instructed to contact

17  the Court when they were prepared to conduct a settlement conference before a Magistrate

18  Judge.  The parties have notified the Court that they are now prepared for a settlement

19  conference and provided a list of proposed dates for conducting the conference.

20          This matter has been assigned by random lot to Magistrate Judge David K. Duncan.

21  Accordingly,

22          **IT IS ORDERED** directing the parties to contact the Chambers of Magistrate Judge

23  Duncan to schedule a settlement conference in this matter.

24  //

25  //

26  //

27

28

1   **IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this Order

2   and the parties' Notice of Dates for Settlement Conference (Dkt. No. 28) to Magistrate Judge

3   Duncan.

4   DATED this 28th day of June, 2007.

Stephen M. McNamee
United States District Judge