**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raoul Lee, | No. CV-06-1589-PHX-SMM |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| Atlas Van Lines, et al., | |
| Defendants. | |

Pursuant to the Stipulation for Dismissal of Lawsuit with Prejudice of the parties (Dkt. 43) and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this case with prejudice, each party to bear its own costs.

DATED this 11th day of October, 2007.

Stephen M. McNamee
United States District Judge